## Commonwealth ex rel. Robinette, Appellant, v. Maroney.

Submitted March 18, 1964. *Scotty E. Robinette,* appellant, in propria persona; *Gordon E. Stroup,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. White, Appellant, v. Myers.

Submitted March 16, 1964. *Sherman W. White,* appellant, in propria persona; *Gordon Gelfond, Benjamin H. Renshaw,* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Williams, Appellant, v. Rundle.

Submitted March 17, 1964. *Clayton Ryder Williams,* appellant, in propria persona; *Edward G. Biester, Jr.,* Assistant District Attorney, and *William J. Carlin,* District Attorney, for appellee.

Order affirmed.